# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | CASE NO. 12-MD-02311<br>HON. SEAN F. COX |
| In Re: AUTOMOTIVE BRAKE HOSES | |
| THIS RELATES TO:<br>ALL DIRECT PURCHASER ACTIONS | 2:16-cv-03601--SFC-RSW<br>2:16-cv-14245--SFC-RSW<br>2:19-cv-12720--SFC-RSW |

## ORDER APPROVING PROPOSED PLAN FOR DISTRIBUTION OF SETTLEMENT FUNDS

AND NOW, this 16th day of July, 2020, upon consideration of Direct Purchaser Plaintiff's Proposed Plan for Distribution of Funds Received in Settlements with the Hitachi Metals and Toyoda Gosei Defendants (the "Automotive Brake Hoses Settlement Fund"), and following a duly noticed hearing on July 16, 2020, it is hereby ORDERED as follows:

1. The Court approves the Plan for Distribution of Settlement Funds, set forth in the Notice of Proposed Settlements of Direct Purchaser Class Action with the Hitachi Metals and Toyoda Gosei Defendants and Hearing on Settlement Approval and Related Matters, and the related Claim Form, as a fair and reasonable method to calculate claims and to distribute the Automotive Brake Hoses Settlement Fund to Settlement Class members.

2. The Automotive Brake Hoses Settlement Fund, with accrued interest, less any amounts approved by the Court for payment of attorneys' fees, litigation and administration costs and expenses, and an incentive award for the Class Representative will be distributed *pro rata* among the members of the Settlement Classes who submit timely and valid Claim Forms. If a

{00211308 }

Settlement Class member excludes itself from one or both of the settlements, it shall not receive a share of any settlement from which it opted out.

**IT IS SO ORDERED.**

Dated: July 16, 2020

s/Sean F. Cox
Sean F. Cox
U. S. District Judge